THE STATE BANK, Respondent, v. DEISEN. BUILDING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ÆTNA CASUALTY AND SURETY COMPANY, Appellant, v. JOHN G. GASTEIGER, as Surviving Partner, etc., and Individually, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EXCHANGE MUTUAL INDEMNITY INSURANCE COMPANY, Appellant, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BYRD SHOEMAKER LAUMEIER, Appellant, v. HERMAN H. LAUMEIER, Respondent.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, INC., Appellant, v. MEYER & RASMUSSEN, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on the Complaint of MARGUERITE ANNA PAAS, Respondent, v. CLARENCE W. MILLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of IDA GOLDSMITH and Another, as Administrators, etc., of JOSEPH E. GOLDSMITH, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

16 EAST 40TH STREET, INC., Respondent, v. CONTINENTAL PAPER AND BAG MILLS CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY SILVERMAN, Doing Business under the Firm Name and Style of SILVERMAN'S EXCHANGE, Respondent, v. THE McMILLAN-CRAWFORD CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

· EDWIN F. BOWERS, Appellant, v. R. LINCOLN GRAHAM and Another, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

E. RODGERS SYLVESTER, Appellant, v. THE NEW YORK HERALD COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.